Decided July 14, 1999

STATE OF CONNECTICUT *v.* FRANK PERRELLI

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Frank Perrelli,* pro se, in support of the petition.

Decided July 14, 1999

STATE OF CONNECTICUT *v.* VAN DORSEY

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 502 (AC 17343), is denied.